1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN STRETCH (CABN 163973)
3  Chief, Criminal Division

4  DARYL T. EREMIN (TXBN 24012593)
   Special Assistant United States Attorney
5    450 Golden Gate Avenue
     San Francisco, California 94102
6    Telephone: (415) 522-6031
     Facsimile: (415) 436-7234
7    E-Mail: Daryl.Eremin@usdoj.gov

8  Attorneys for the United States

FILED

FEB 8 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>                                                            )<br>        Plaintiff,                                        )<br>                                                            )<br>    v.                                                      )<br>                                                            )<br>RONALD ORMEDO OCHOA-ESCOTO,  )<br>    a/k/a Ronald Olmedo Ochoa-Escoto,    )<br>                                                            )<br>        Defendant.                                     )<br>                                                            )<br>_____) | Criminal No. 3-10-70011 EDL<br><br>[PROPOSED] ORDER AND<br>STIPULATION EXCLUDING TIME<br>FROM JANUARY 29, 2010, TO<br>FEBRUARY 9, 2010 |

   The parties appeared before the Honorable Bernard Zimmerman on January 29, 2010.
With the agreement of counsel for both parties, the Court found and held as follows:

   1. The parties agree to a waiver of time for indictment under Federal Rule of Criminal
Procedure 5.1(d) and to an exclusion of time for indictment under the Speedy Trial Act, 18
U.S.C. § 3161(b), from January 29, 2010, to February 9, 2010, in light of the need for the
defendant to consider a pre-indictment plea offer. The parties are also attempting to obtain a
record of conviction that will allow the defendant to meaningfully consider the pre-indictment
offer. Failure to grant the requested Speedy Trial continuance would unreasonably deny defense
counsel reasonable time necessary for effective preparation, taking into account the exercise of

STIPULATION AND [PROPOSED] ORDER
EXCLUDING TIME
CR 3-10-70011 EDL

due diligence and the need for counsel to obtain and review the discovery, specifically the record of conviction, with the defendant.

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from January 29, 2010, to February 9, 2010, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

3. Also given these circumstances, the Court found that good cause exists under Federal Rule of Criminal Procedure 5.1(d) to extend the time limit for indictment.

4. Accordingly, and with the consent of the defendant, the Court ordered that the period from January 29, 2010, to February 9, 2010, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(b), (h)(7)(A), and (B)(iv) and that good cause exists to excuse the time limitations for indictment under Federal Rule of Criminal Procedure 5.1(c) and (d).

IT IS SO STIPULATED.

DATED: January 29, 2010

/s/
ELIZABETH FALK
Counsel for Ronald Ochoa-Escoto

DATED: January 29, 2010

/s/
DARYL T. EREMIN
Special Assistant United States Attorney

IT IS SO ORDERED.

DATED: 8 Feb '10

THE HON. BERNARD ZIMMERMAN
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
EXCLUDING TIME
CR 3-10-70011 EDL                                              2