1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN STRETCH (CABN 163973)
3  Chief, Criminal Division

4  PATRICIA SPALETTA (CABN 156788)
   Special Assistant United States Attorney
5      450 Golden Gate Avenue
       San Francisco, California 94102
6      Telephone: (415) 522-6031
       Facsimile: (415) 436-7234
7      E-Mail: Daryl.Eremin@usdoj.gov

8  Attorneys for the United States

9                          UNITED STATES DISTRICT COURT
10                        NORTHERN DISTRICT OF CALIFORNIA
11                             SAN FRANCISCO DIVISION
12
   UNITED STATES OF AMERICA,          )   Criminal No. 3-10-70011 MEJ
13                                    )
           Plaintiff,                 )
14                                    )
       v.                             )
                                      )   [PROPOSED] ORDER AND
15                                    )   STIPULATION EXCLUDING TIME
   RONALD ORMEDO OCHOA-ESCOTO,        )   FROM FEBRUARY 9, 2010, TO
16    a/k/a Ronald Olmedo Ochoa-Escoto, )  FEBRUARY 23, 2010
                                      )
17         Defendant.                 )
                                      )
18 _____)

19       The parties appeared before the Honorable Maria-Elena James on February 9, 2010.
20 With the agreement of counsel for both parties, the Court found and held as follows:
21       1. The parties agree to a waiver of time for indictment under Federal Rule of Criminal
22 Procedure 5.1(d) and to an exclusion of time for indictment under the Speedy Trial Act, 18
23 U.S.C. § 3161(b), from February 9, 2010 to February 23, 2010, in light of the need for the
24 defendant to consider a pre-indictment plea offer. The parties are also attempting to obtain a
25 record of conviction that will allow the defendant to meaningfully consider the pre-indictment
26 offer. Failure to grant the requested Speedy Trial continuance would unreasonably deny defense
27 counsel reasonable time necessary for effective preparation, taking into account the exercise of
28
   STIPULATION AND [PROPOSED] ORDER
   EXCLUDING TIME
   CR 3-10-70011 MEJ

due diligence and the need for counsel to obtain and review the discovery, specifically the record of conviction, with the defendant.

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from February 9, 2010 to February 23, 2010 outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

3. Also given these circumstances, the Court found that good cause exists under Federal Rule of Criminal Procedure 5.1(d) to extend the time limit for indictment.

4. Accordingly, and with the consent of the defendant, the Court ordered that the period from February 9, 2010, to February 23, 2010, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(b), (h)(7)(A), and (B)(iv) and that good cause exists to excuse the time limitations for indictment under Federal Rule of Criminal Procedure 5.1(c) and (d).

IT IS SO STIPULATED.

DATED: February 9, 2010

/s/
ELIZABETH FALK
Counsel for Ronald Ochoa-Escoto

DATED: February 9, 2010

/s/
DARYL T. EREMIN
Special Assistant United States Attorney

IT IS SO ORDERED.

DATED: 2-11-10

THE HON. MARIA-ELENA JAMES
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
EXCLUDING TIME
CR 3-10-70011 MEJ                                  2